Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as "JPMorgan Chase Bank N.A.")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARYEH GOLDMAN, MICHAL GOLDMAN,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and JPMORGAN CHASE BANK, N.A.<br><br>Defendants. | CASE NO. 2:18-cv-01799-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. (INCORRECTLY NAMED AS "JPMORGAN CHASE BANK N.A.") TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Chase Bank USA, N.A.'s (incorrectly named as "JPMorgan Chase Bank N.A.") ("Chase") response to Plaintiffs' Aryeh Goldman and Michal Goldman ("Plaintiffs") complaint is currently due October 24, 2018. Chase and Plaintiff agree that Chase has up to and including November 14, 2018 to respond to Plaintiffs' complaint, to provide time for the parties to investigate Plaintiffs' allegations and discuss potential resolution and, if needed, for Chase to prepare a response.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 22nd day of October, 2018.

| BALLARD SPAHR LLP | LAW OFFICES OF ROBERT M. TZALL |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Robert M. Tzall<br>Robert M. Tzall<br>Nevada Bar No. 13412<br>7735 Commercial Way, Suite 100<br>Henderson, Nevada 89011<br>(702) 666-0233<br>robert@tzalllegal.com |
| *Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2018

# CERTIFICATE OF SERVICE

I certify that on October 22, 2018 and pursuant to FRCP 5, a true copy of the foregoing **Stipulation and Order to Extend Time For Chase Bank USA, N.A. (Incorrectly Named As "JPMorgan Chase Bank N.A.") to Respond to Plaintiff's Complaint** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

**Bradley T Austin**
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
baustin@swlaw.com

**Jason Revzin**
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
Jason.revzin@lewisbrisbois.com

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP